Paul Eric Antoine v. Latham & Watkins et al Doc. 6

LODGED
CLERK, U.S. DISTRICT COURT
JUL 12 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JUL 20 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL ERIC ANTOINE, CDC# K-76515 PLAINTIFF(S) v. LATHAM & WATKINS, PETER PAIKSTELIS, ET AL. DEFENDANT(S). | CASE NUMBER: CV 05-03496 (PJW) |
| | **ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FULL FILING FEE** |

**IT IS ORDERED** that the complaint **be filed** without prepayment of the full filing fee.

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 1915, the prisoner-plaintiff owes the Court the total filing fee of $250.00. An initial partial filing fee of $__________ must be paid within thirty (30) days of the date this order is filed. Failure to remit the initial partial filing fee may result in dismissal of your case. Thereafter, monthly payments shall be forwarded to the Court in accordance with 28 U.S.C. §1915.

Date

United States Magistrate Judge

---

**IT IS RECOMMENDED** that the request of prisoner-plaintiff to file the action without prepayment of the full filing fee be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☐ Failure to authorize disbursements from prison trust account to pay filing fee
- ☐ Failure to provide certified copy of trust fund statement for the last six (6) months.
- ☐ District Court lacks jurisdiction
- ☐ Immunity as to __________
- ☒ Legally and/or factually patently frivolous

☐ Other:

Comments: IT'S application to proceed IFP was denied in ~~June~~ May because his claims were frivolous. See memo attached to ~~June~~ May denial. It should be denied, again, for the same reason.

7/12/05
Date

Patrick J. Walsh
United States Magistrate Judge

---

IT IS ORDERED that the request of prisoner-plaintiff to file the action without prepayment of the full filing fee is:
☐ GRANTED ☒ DENIED (See comments above).

7/25/05
Date

[signature]
United States District Judge

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

ENTERED
CLERK, U.S. DISTRICT COURT
JUL 25 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY



6

Dockets.Justia.com